UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINE HETNAR,

    Plaintiff,

vs.    Case No. 8:02-cv-1617-T-27MSS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This cause comes on for consideration upon the filing of Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act (Dkt. 33). Plaintiff requests an award of attorney's fees, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of $6,371.21. Plaintiff's requested fees are calculated at a rate of $145.13 per hour for 43.90 hours of work. Plaintiff also seeks recovery of expenses in the amount of $73.50. The Commissioner does not oppose Plaintiff's request for fees and does not address Plaintiff's request for expenses (Dkt. 34).

Accordingly, it is hereby **ORDERED** that Plaintiff's Application for Attorney's Fees (Dkt. 33) under the Equal Access to Justice Act is **GRANTED**. Plaintiff is awarded attorney's fees in the amount of $6,371.21 and expenses in the amount of $73.50 to be paid to Plaintiff's attorney.

**DONE AND ORDERED** in Tampa, Florida on this 31st day of August, 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:

Counsel of Record